**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**ST. THOMAS AND ST. JOHN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **CASE NO. 3:26-cr-00023** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KAREEM CASIMIR** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on August 18, 2026, ECF No. 38, recommending that the Defendant's plea of guilty to Count One of the Information, Failure to Provide Notice of Ammunition to Common Carrier, in violation of Title 18, United Sates Code, Section 922(e), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 38, is **ADOPTED**; it is further

**ORDERED** that Defendant Kareem Casimir's plea of guilty as to Count One of the Information, is **ACCEPTED**, and that Kareem Casimir is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than October 9, 2026; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than October 23, 2026; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than November 6, 2026; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later November 20, 2026; and it is further

**ORDERED** that a sentencing hearing shall be held on December 4, 2026, at 2:00 P.M. in St. Thomas Courtroom No. 1 before Judge Evan Rikhye.

**Dated:** September 22, 2026. *s/ Evan Rikhye*

**EVAN RIKHYE**
**United States District Judge**